**In the Matter of Joseph M. SHAW, Bankrupt-Appellant.**

No. 263.

Circuit Court of Appeals, Second Circuit.
Feb. 20, 1933.

Jesse Perlmutter, of New York City, for bankrupt-appellant.

Lester Grossman, of New York City, for trustee-respondent.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Order affirmed.

**V. H. SIEBERT, Trustee In Bankruptcy, etc., Appellant, v. Sydnor HALL et al.**

No. 9527.

Circuit Court of Appeals, Eighth Circuit.
Nov. 28, 1932.

H. M. Trieber and P. A. Lasley, both of Little Rock, Ark., for appellant.

Harry E. Meek, of Little Rock, Ark., for appellees.

PER CURIAM.

Appeal dismissed on motion of appellant, without costs to either party in this court.

**Frank SMITH v. UNITED STATES of America.**

No. 6169.

Circuit Court of Appeals, Sixth Circuit.
Dec. 14, 1932.

William Patrick Clyne, of Cleveland, Ohio, for appellant.

W. J. Mahon, U. S. Atty., and Marc J. Wolpaw, Asst. U. S. Atty., both of Cleveland, Ohio.

PER CURIAM.
Judgment of District Court affirmed.